United States Courts
Southern District of Texas
FILED
March 04, 2026
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARQUIS JUWAN ERSKIN,**<br>**Defendant** | **CRIMINAL NO. 4:26-cr-120**<br><br>**Assaulting, Resisting, or Impeding**<br>**Certain Officers or Employees**<br>**18 U.S.C. § 111(a)(1)** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Assaulting, Resisting, or Impeding**
**Certain Officers or Employees**
**(18 U.S.C. § 111(a)(1))**

On or about September 24, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**MARQUIS JUWAN ERSKIN,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with correctional officer B.D., while he was engaged in, and on account of the performance of his official duties in assisting officers and employees of the United States and of the United States Marshals Service, and in the commission of said acts, the Defendant had physical contact with the victim.

**In violation of Title 18, United States Code, Section § 111(a)(1).**

**A TRUE BILL:**

Original Signature on File
---
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


BY: *Kelly Zenón-Matos*
     Kelly Zenón-Matos
     Assistant United States Attorney