**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MARQUIS JUAN ERSKIN,**

Defendant.

**Case No.** 4:26-CR-120

**UNITED STATES' INFORMATIVE MOTION IN COMPLIANCE**

COMES NOW, the United States of America, by and through the undersigned attorneys and very respectfully states and prays as follows:

On August 3, 2026, the Court ordered the United States to produce grand jury materials for in *camera review*. (ECF No. 21).

On August 10, 2026, the undersigned prosecutor hand-delivered the materials in a sealed envelope to the Court's chambers in compliance with the Court's order.

WHEREFORE, the United States respectfully prays the Court to take notice of the instant informative motion.

(SIGNATURES ON NEXT PAGE)

RESPECTFULLY SUBMITTED.

In Houston, Texas, this 10th day of August, 2026.

AARON REITZ
United States Attorney

***/s/ Kelly Zenón-Matos***
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was delivered to counsel for the Defendant as listed via e-filing on August 10, 2026.

By: ***/s/ Kelly Zenón-Matos***
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas